IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANQUIN ST. JUNIOUS,

    Plaintiff,

v.

SECURITY STAFF AT
CHIPPEWA VALLEY CORRECTIONAL
FACILITY and WISCONSIN
DEPARTMENT OF CORRECTIONS and
SERGEANT LEE HARTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-344-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing security staff at Chippewa Valley Correctional Treatment Facility and the Wisconsin Department of Corrections and;

(2) granting summary judgment in favor of Sergeant Lee Hartman and dismissing this case.

/s/                                                                           6/6/2017

Peter Oppeneer, Clerk of Court                              Date